**Order filed, July 08, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00465-CV

———————

## DUBAI FINANCIAL, LLC, Appellant

## V.

## VIAJES GERPA, S.A., Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-76087**

## ORDER

The reporter's record in this case was due **June 26, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jennifer Philips**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM